United States District Court
Southern District of Texas
**ENTERED**
September 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ALLEN BYRD | ) |
| | ) |
| VS. | )   CIVIL ACTION NUMBER |
| | )            M-20-0386 |
| PLACIDO SAMANIEGO, JR. | ) |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's civil rights complaint brought pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 25 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 29th day of September 2021, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE